IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| The Ohio State University, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00662 |
| v. | : | Judge Frost |
| Skreened, Ltd. and Daniel Fox, | : | Magistrate Judge Abel |
| Defendants | : | |

## ORDER

Defendants Skreened, Ltd. and Daniel Fox's January 23, 2013 motion for withdraw their motion for sanctions (doc. 21) is GRANTED. The Clerk of Court is DIRECTED to remove document 20 from the pending motions list.

s/Mark R. Abel<br>
United States Magistrate Judge