**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| THE OHIO STATE UNIVERSITY, | : | |
| Plaintiff | : | |
| v. | : | Case No. 2:12-cv-662 |
| | : | Judge Frost |
| SKREENED LTD., ET AL., | : | Magistrate Judge Abel |
| Defendants. | : | |

**MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(A)(2)**

Pursuant to Fed. R. Civ. Pro. 41(a)(2), Plaintiff, The Ohio State University, with the consent of Defendants Skreened Ltd. and Daniel Fox, moves this Court to dismiss all remaining claims and counterclaims in this matter, with prejudice.

Date: October 28, 2014                                    Respectfully submitted,

_____
Joseph R. Dreitler (0012441)
Mary R. True (0046880)
Dreitler True LLC
19 E. Kossuth St.
Columbus, OH 43206
Telephone: (614) 449-6640
jdreitler@ustrademarklawyer.com
mtrue@ustrademarklawyer.com

Attorneys for Plaintiff The Ohio State University

1

**CERTIFICATE OF SERVICE**

This is to certify that on this 28th day of October, 2014, a copy of the foregoing was served upon counsel of record via the Court's electronic filing and notification system. Copies of this document may be accessed through the Court's electronic filing system.

                                                                                   /Mary R True/_____
                                                                                   Mary R. True