UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**THE OHIO STATE UNIVERSITY,**

     **Plaintiff,**

     v.

**SKREENED LTD., et al.,**

     **Defendants.**

                   **Case No. 2:12-cv-662**
                   **JUDGE GREGORY L. FROST**
                   **Magistrate Judge Mark R. Abel**

**ORDER**

This matter is before the Court for consideration of the October 28, 2014 motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2).  (ECF No. 69.)  In this agreed-upon motion, Plaintiff, acting on behalf of the parties, asks the Court to dismiss all claims and counterclaims with prejudice.  In accordance with the parties' settlement agreement, the Court **GRANTS** the motion and retains jurisdiction to enforce that agreement.

     **IT IS SO ORDERED**.

                                              /s/ Gregory L. Frost
                                              GREGORY L. FROST
                                              UNITED STATES DISTRICT JUDGE